CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

November 26, 2024
LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BLAKE JARRELLS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:24-cv-00732 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| WESTERN VA REGIONAL JAIL *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) |         United States District Judge |
| Defendants. | ) | |

On October 16, 2024, Plaintiff Blake Jarrells, proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983. (*See* Compl. [ECF No. 1].) On October 23, 2024, the Court ordered Plaintiff to submit a prisoner trust account report for the six-month period immediately preceding the filing of the complaint.[1] (Order ¶ 3 [ECF No. 5].) The Court advised Plaintiff that failure to submit the requested information within 30 days would result in dismissal of this action. (*Id.* at 2.)

More than 30 days have elapsed, and Plaintiff has not sent the requested information as ordered. Accordingly, the Court will dismiss the action without prejudice for failure to prosecute and to comply with the Court's order. *See* Fed. R. Civ. P. 41(b). Plaintiff may refile the claims in a separate action, subject to the applicable statute of limitations, once Plaintiff is prepared to comply with the noted conditions.

---

[1] Plaintiff had not paid the requisite filing fee, so the court granted him the opportunity to apply to proceed *in forma pauperis*. To date, Plaintiff has not submitted the assessed filing fee, an application to proceed *in forma pauperis*, or the requested financial information.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to Plaintiff.

**ENTERED** this 26th day of November, 2024.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE